THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Charles Tucker,
 Jr., Appellant.
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2008-UP-354
Submitted July 1, 2008  Filed July 10,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles Tucker, Jr., appeals his guilty plea to first
 degree sexual exploitation of a minor and sentence of nine years imprisonment. 
 Tucker argues his guilty plea was involuntary because it did not comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Tuckers
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.